### 23615

Deborah SMITH, Respondent v. SAFECO LIFE INSURANCE COMPANY, Petitioner.

(417 S.E. (2d) 537)

Supreme Court

*O. Doyle Martin* and *Tara H. Snyder, Leatherwood, Walker, Todd & Mann,* Greenville, *for petitioner.*

*J. William Ray,* Greenville, *for respondent.*

Heard June 14, 1991.

Decided April 6, 1992.

## ON WRIT OF CERTIORARI

*Per Curiam:*

This Court granted certiorari to review the decision of the Court of Appeals in *Deborah Smith v. Safeco Life Insurance Co.,* 303 S.C. 131, 399 S.E. (2d) 427 (Ct. App. 1990), *aff'd on reh'g,* 303 S.C. 131, 135, 399 S.E. (2d) 427, 429, (1990) (Cureton, J. dissenting). Upon review of the record and consideration of the applicable law, we now dismiss as improvidently granted.

Dismissed.